# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PAu 3-852-034

**Effective Date of Registration:**
February 23, 2017

---

### Title

**Title of Work:** Larceny

### Completion/Publication

**Year of Completion:** 2017

### Author

- **Author:** Badhouse Studios
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Badhouse Studios
1385 Broadway Street, Chula Vista, CA 91911 United States

### Certification

**Name:** Cam Cannon
**Date:** February 21, 2017

Page 1 of 1

*0000PAU0038520340202*

**Registration #:**  PAu003852034
**Service Request #:**  1-4458669291

Hannibal Pictures
Cam Cannon
8265 Sunset Blvd.
Suite 107
West Hollywood, CA 90046 United States